.71088

1  NIALL P. McCARTHY (#160175)
   nmccarthy@cpmlegal.com
2  STEVEN N. WILLIAMS (#175489)
   swilliams@cpmlegal.com
3  ARON K. LIANG  (#228936)
   aliang@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY**
   840 Malcolm Road, Suite 200
5  Burlingame, California 94010
   Telephone: (650) 697-6000
6  Facsimile: (650) 697-0577

7  CRAIG NEEDHAM (#52010)
   cneedham@ndkylaw.com
8  KIRSTEN M. FISH (#217940)
   kfish@ndkylaw.com
9  BRAD JONES (#126650)
   bjones@ndkylaw.com
10 **NEEDHAM, DAVIS, KEPNER & YOUNG, LLP**
   1960 The Alameda, Suite 210
11 San Jose, CA  95126-1493
   Telephone:  (408) 244-2166
12 Facsimile:    (408) 244-7815

13 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VERNON DOWER; MIRIAM DOWER; ANDREW DOWER; LESHA LEILANI DOWER; LUCAS DOWER; GABRIEL DOWER; EARLINE ROTHERMICH; LOIS HIJA; TROY GRAHAM; and TINA GRAHAM,<br>Plaintiffs,<br>vs.<br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C.; BRIDGESTONE AMERICAS HOLDING, INC.; and DOES 1 through 100, INCLUSIVE,<br>Defendants. | Case No. C 06-06837 JW (RS)<br><br>[~~PROPOSED~~] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>CIVIL L.R. 7-11 |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C. and BRIDGESTONE AMERICAS HOLDING, INC.,<br>Third-Party Plaintiffs,<br>vs.<br>CITY OF SALINAS; the SALINAS VALLEY SOLID WASTE AUTHORITY,<br>Third-Party Defendants. | |

{NDKY Main\6122\71088\PLEADING\00133242.DOC}

RE ADMINISTRATIVE MOTION TO CONSIDER       -1-
WHETHER CASES SHOULD BE RELATED

.71088

1  Plaintiffs VERNON DOWER, MIRIAM DOWER, ANDREW DOWER, LESHA
2  LEILANI DOWER, LUCAS DOWER, GABRIEL DOWER, EARLINE ROTHERMICH, LOIS
3  HIJA, TROY GRAHAM, and TINA GRAHAM, having brought an Administrative Motion to
4  Consider Whether Cases Should Be Related, and said motion having been duly
5  considered,

AND GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED:

(1)  Said motion is granted because the *PEGGY PARKER et al. v. BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C., et al.* case is related to the *VERNON DOWER et al. v. BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C., et al.* case pursuant to Civil L.R. 3-12(a).

(2)  The related case entitled *PEGGY PARKER et al. v. BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, L.L.C., et al.*, case number C 08-05704 JF (HRL), is therefore reassigned to Judge James Ware.

DATED: January 14, 2009

_____
JAMES WARE
United States District Judge

{NDKY Main\6122\71088\PLEADING\00133242.DOC}
RE ADMINISTRATIVE MOTION TO CONSIDER           -2-
WHETHER CASES SHOULD BE RELATED