1  Matthew Vafidis (California Bar #103578)
   Tianjing Zhang (California Bar #256759)
2  HOLLAND & KNIGHT LLP
   50 California Street, 28th Floor
3  San Francisco, California  94111
   Telephone: (415) 743-6900
4  Facsimile: (415) 743-6910

5  Attorneys for Defendants
   BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC
6  and BRIDGESTONE AMERICAS, INC.

**DENIED WITHOUT PREJUDICE**

*James Ware*

Judge James Ware

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10  VERNON DOWER; MIRIAM DOWER;              )  Case No. C 06-06837 JW (RS)
    ANDREW DOWER; LESHA LEILANI              )
11  DOWER; LUCAS DOWER; GABRIEL             )
    DOWER; EARLINE ROTHERMICH; and          )  ORDER DENYING STIPULATION RE:
12  LOIS HIJA,                               )  CONSOLIDATION OF RELATED
                        Plaintiffs,          )  ACTIONS
13                                            )
              vs.                             )
14                                            )
    BRIDGESTONE AMERICAS TIRE               )
15  OPERATIONS, LLC; and  BRIDGESTONE       )
    AMERICAS, INC.,                          )
16                      Defendants.          )
                                              )
17  _____  )
                                              )
18  And Related Third Party Complaint       )
                                              )
19  _____  )
                                              )
20  PEGGY PARKER; BRIAN PARKER;             )  Case No. C 08-05704 JW (RS)
    PATRICIA ANNE ROEL; MICHAEL             )
21  PETERSON; DAVID PETERSON; JAMES         )
    PETERSON; TOM WAGNER; CAROL             )
22  WAGNER; ROBERT WAGNER;                  )
    WAYLAND WAGNER; DAVE DUNGAN;            )
23  LINDA DUNGAN; STEVE CRAWFORD,           )
    SUSAN CRAWFORD; SHANNAN                 )
24  CRAWFORD; and JASON CRAWFORD            )
                                              )
25              Plaintiffs,                  )
    v.                                        )
26                                            )
    BRIDGESTONE AMERICAS TIRE               )
27  OPERATIONS, LLC                          )
                        Defendant.           )
28

- 1 -

STIPULATION AND PROPOSED ORDER RE: CONSOLIDATION          Case No. C 06-06837 JW(RS)
                                                          Case No. C 08-05704 JW(RS)

*(left margin, vertical text)* Holland & Knight LLP  50 California Street, 28th Floor  San Francisco, CA  94111  Tel: (415) 743-6900  Fax: (415) 743-6910

1   By Order of this Court dated January 14, 2009 (entered in the docket of the first-filed case

2   as Document No. 200), the above-captioned two actions were ordered related.

3   IT IS HEREBY STIPULATED by all parties appearing in these actions, by and through

4   their respective counsel of record, that, subject to the Courts' Order below, the two-captioned

5   actions be consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, since

6   they involve common issues of law and fact and are appropriate for consolidation.

7   Notwithstanding such stipulation, each party hereto fully reserves any and all claims and

8   defenses, and expressly preserves all other rights with respect to these actions, including, but not

9   limited to, the right to move for a separate trials pursuant to Rule 42(b) and/or bifurcation of issues

10  for trial.

11  SO STIPULATED:

12  Dated: April  2 , 2009                          COTCHETT PITRE & McCARTHY
                                                     NEEDHAM, DAVID, KEPNER & YOUNG LLP
13

14

15                                                   Craig Needham
                                                     Attorneys for Plaintiffs
16

17  Dated: April  3 , 2009                          HOLLAND & KNIGHT LLP

18

19                                                   Matthew P. Vafidis
                                                     Attorneys for Defendants
20                                                   BRIDGESTONE AMERICAS TIRE
                                                     OPERATIONS, LLC and
21                                                   BRIDGESTONE AMERICAS, INC.

22

23  Dated: April  2 , 2009                          CITY OF SALINAS, OFFICE OF CITY
                                                     ATTORNEY
24                                                   LAW OFFICES OF THOMAS M. BRUEN

25

26                                                   Thomas M. Bruen
                                                     Attorneys for Third Party Defendants
27                                                   CITY OF SALINAS
                                                     SALINAS VALLEY SOLID WASTE
28                                                   AUTHORITY

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 2 -

Case No. C 06-06837 JW(RS)
Case No. C 08-05704 JW(RS)

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**\*\*\* ORDER DENYING STIPUATION \*\*\***

Upon consideration, the Court DENIES the parties' Stipulation because the parties have failed to provide sufficient information for the Court to consider whether consolidation of a 2006 case with a 2008 case is appropriate.  The parties have failed to provide comprehensive details as to the state of each case and whether consolidation is  for all purposes.  Further, the Court would wish to know whether consolidation would further delay the 2006 case which has now been pending almost three years.

The Parker case is currently set for a Case Management Conference for **June 1, 2009 at 10 a.m.**  The Court sets a Case Management Conference for the Dower case on the same day to discuss the parties' desire to have these cases consolidated.  On or before **May 22, 2009**, the parties shall file a Joint Statement re: Consolidation and provide their positions with respect to the issues raised by the Court above.

Dated:  April 10, 2009

JAMES WARE
United States District Judge

- 3 -