United States District Court
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   Peggy Parker, et al.,                    NO. C 08-05704 JW

11              Plaintiffs,         **ORDER GRANTING *EX PARTE***
        v.                          **REQUEST FOR LEAVE TO SUBMIT**
12                                  **SUPPLEMENTAL BRIEFING**
     Bridgestone Americas Tire, Operations,
13   LLC,

14              Defendant.
                                           /
15
         Presently before the Court is Defendant's *Ex Parte* Request for Leave to Submit

16   Supplemental Brief in Reply to New Argument Raised For the First Time in Oral Argument.

17   (hereafter, "Request," docket Item No. 29.)  Plaintiffs filed a timely opposition to Defendant's

18   Request.  (See Docket Item No. 31.)

19       Defendant contends that, at the June 1, 2009 hearing on Defendant's Motion to Dismiss,

20   Plaintiffs raised new contentions regarding when the statute of limitations began to run with respect

21   to certain Plaintiffs.  (Request at 2.)  In particular, Defendant contends that supplemental briefing on

22   this issue is necessary because Plaintiffs' new arguments are inconsistent with the positions stated in

23   their briefing.[1]  (Id.)

24
25
26   _____

27       [1] The Court notes that, contrary to Plaintiffs' Opposition, the issue to be briefed is *not*
     whether the start of the statute of limitations is governed by 42 U.S.C. § 9658.  Instead, the issue
28   presented by Plaintiffs at oral argument is whether, from the allegations of the Complaint, it is clear
     that the statute of limitations began to run prior to December 22, 2006.

1    The Court finds good cause to provide the parties with the opportunity to submit

2    supplemental briefings on the issue.  Accordingly, the Court GRANTS Defendant's *Ex Parte*

3    Request for Leave to Submit Supplemental Briefing.  Defendant's shall file a supplemental brief, not

4    to exceed five (5) pages, on or before **June 11, 2009**.  Plaintiffs may file a reply, not to exceed five

5    (5) pages, to Defendant's supplemental brief on or before **June 17, 2009**.

6

7    Dated:  June 5, 2009

8    _____
     JAMES WARE
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Aron K. Liang aliangcpmlegal.com
Craig Evan Needham cneedhamndkylaw.com
Dann Brad Jones bjonesndkylaw.com
Kirsten M. Fish kfishndkylaw.com
Matthew P. Vafidis mvafidishklaw.com
Niall Padraic McCarthy nmccarthycpmlegal.com
Steven Noel Williams swilliamscpmlegal.com
Thomas M. Bruen tbruensbcglobal.net

**Dated:  June 5, 2009**                    **Richard W. Wieking, Clerk**


                                             **By:      /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California